# CITY OF MCKEESPORT POLICE DEPARTMENT
## SUBJECT RESISTANCE REPORT

In compliance with the McKeesport Police Department Use of Force Policy, this Subject Resistance Report Form must be completed for any use of force with the exception of the following circumstances:

    1) Mere presence of police officers or canines
    2) Verbal commands
    3) Handcuffing with no or minimal resistance when restraining or transporting
    4) Come-along holds
    5) Physical removal of peacefully resisting demonstrators
    6) Displaying, upholstering or brandishing of a firearm

*(A Subject Resistance Report must be completed where the use of such force results in injury to the subject requiring medical treatment before acceptance into a detention facility.)*

| Location of Occurrence: | Patrol District | District | Incident/Control # |
|---|---|---|---|
| BENNETT STREET | 04 | 04 | 611565 |

| Date/Time of Occurrence | Date/Time of Report |
|---|---|
| 26 MAY 06   2003HRS | SAME |

**Incident Type:** ☐ To Defend Self    ☐ Prisoner Transport    ☒ Other (Explain in Narrative)
☐ To Defend Another    ☐ Involuntary Commitment

| Name of Officer | Assigned District | Assignment |
|---|---|---|
| C. TYLER | 4 | 4 |

**Officer Injured** ☐ Yes ☒ No    **Nature of Injuries** NA

**Treatment:** ☒ None   ☐ Self-Treatment/MARS   ☐ Treated and Released   ☐ Admitted

| Attending Physician | Hospital |
|---|---|
| NA | NA |

**Initial Reason for Use of Force** *(Check all that Apply)*

☐ To Defend Self    ☐ To Defend Another    ☒ Affecting Arrest    ☐ Restrain for Subject's Safety
☐ Other:

**Level of Control Used** *(Indicate escalation by numbering 1, 2, 3...the order in which each tactic was used)*

☐ Palm Strike    ☐ Elbow Strike    ☐ Punch    ☐ Neck Restraint
☐ Knee Strike    ☐ Kick    ☐ Take-Down/Body Restraint    ☒ Forcible Handcuffing
☒ OC/Pepper Spray    ☐ Impact Weapon    ☐ Police Canines    ☒ Other *(Explain in Narrative)*
☐ Intentional Discharge of Firearm    ☐ Maximal Restraint *(cuffing feet & hands to the front)*

| Name of Resisting Subject | DOB |
|---|---|
| LINDA JACKSON | 4-25-62 |

**Sex:** ☐ Male ☒ Female    **Race:** ☒ White ☐ Asian ☐ Black ☐ American Indian ☐ Hispanic ☐ Other    **Initial Charge Against Subject** P/INTOX - D/C

**Subject Injured** ☐ Yes ☒ No    **Nature of Injuries** NA

**Treatment:** ☒ Refused   ☐ McKeesport EMS   ☐ Treated/Released   ☐ Admitted    **Hospital:** NA    **Attending Physician:** NA

**Subject Resisted by** *(Indicate by numbering 1, 2, 3...the order in which subject resisted)*

☒ Failure to adhere to Verbal Commands    ☒ Actively Resisted (Striking or Attempting to Assault)
☐ Passively Resisted (Dead Weight)    ☐ Assaultive Behavior (Uses or Attempts to Use a Weapon)
☒ Defensively Resisted (Pulled Away)



EXHIBIT
H

| Name of Witness | Address | Phone Numbers |
|---|---|---|
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |

**Narrative**

ON 26 MAY,06  AT 2003 HRS R/O RESPONDED TO THE SAID LOCATION FOR A FIGHT IN THE MIDDLE OF THE STREET (FOR THE SECONND TIME).IN APRROX 10 MIN'S. UPON ARRIVAL NUMEROUS  PEOPLE WHERE  ENGAGED IN A FIGHT  IN  THE  STREET. THE SAID ACTOR WAS TOLD SEVERAL TIMES THAT SHE WAS UNDER ARREST ALL OF WHICH SHE IGNORED, AT WHICH POINT THE SAID ACTOR TOOK A FIGHTING STANCE WITH HER FIST CLINCHED.ACTOR WAS TOLD THAT SHE WAS GOING TO BE SPRAYED WITH O.C. IF SHE DID'NT RELAX:AT WHICH POINT THE ACTOR STATED FUCK YOU AND STEPPED TOWARDS R/O SHE WAS THEN SPRAYED AND FORCIBLE HANDCUFFED. THE SAID ACTOR WAS TRANSPORTED TO MCK P.;D HELD TILL SOBER AND WILL BE CITED FOR THE FOLLOWING PACC 5505 5503-A 1,2,3,4,
ONCE AT THE STATION THE SAID ACTOR WAS GIVEN COLD WATER TO FLUSH HER EYES OUT AND WAS STILL VERY IRRATE TOWARDS R/O. PERSON,

| Officer Signature | Type/Print Name of Officer<br>C. TYLER | Badge Number<br>274 | Date<br>5/26/06 |
|---|---|---|---|

**Shift Commander's Remarks**

| Shift Commander's Signature<br>LT. *Theodore R. Dixon Jr* | Type/Print Name of Shift Commander<br>LT. THEODORE R. DIXON JR | Badge Number<br>#780 | Date<br>5-26-05 |
|---|---|---|---|
| Shift Sergeant Signature | Type/Print Name of Shift Sergeant | Badge Number | Date |

I have reviewed the information contained herein, and have determined that the amount of force used in this incident:
☑ Does Not Appear to be Excessive      ☐ Internal Investigation Requested      ☐ Homicide Investigation Requested

| Shift Commander's Signature<br>LT. *Theodore R. Dixon Jr* | Type/Print Name of Shift Commander<br>LT. THEODORE R. DIXON JR | Badge Number<br>#780 | Date<br>5-26-05 |
|---|---|---|---|