## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LINDA JACKSON, Individually and on )
behalf of her minor son, QUINN )
JACKSON, )
           )
          Plaintiffs, )
           )
          vs. )        2:08cv720
           )        Electronic Filing
CITY OF MCKEESPORT, JOSEPH )
PERO, CANDACE TYLER, )
GLENN LYNN and DANIEL RICH, )
           )
          Defendants. )

## ORDER OF COURT

AND NOW, this 1st day of October, 2009, the court having been advised by counsel that a settlement has been reached as to all aspects of plaintiff's claims and the only remaining matter is the submission of a stipulation for settlement and discontinuance; therefore, with no further action being required by the court at this time, the following order is entered:

IT IS ORDERED that the Clerk of Court mark the above case closed.

Nothing contained in this order shall be construed as a final dismissal or disposition of this case and should further proceedings in it become necessary, any party may initiate the appropriate course of action in the same manner as if this order had not been entered. Jurisdiction is retained over the completion and enforcement of the settlement agreement.


                s/ David Stewart Cercone
                David Stewart Cercone
                United States District Judge


cc:    Bernard D. Marcus, Esquire
        Patricia Wozniak Henk, Esquire
        Dana L. Munhall, Esquire
        Marcus & Shapira
        One Oxford Centre, 35th Floor
        301 Grant Street
        Pittsburgh, PA 15219

Patricia A. Monahan, Esquire
Danielle M. Vugrinovich, Esquire
Marshall Dennehey Warner
    Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219