# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA JACKSON, Individually and on Behalf of her Minor Son, QUINN JACKSON, | CIVIL DIVISION |
| Plaintiffs, | No.: 08-0720 |
| v. | Honorable David S. Cercone |
| CITY OF MCKEESPORT, JOSEPH PERO, CANDACE TYLER, GLENN LYNN and DANIEL RICH, | ELECTRONICALLY FILED |
| Defendants. | **JURY TRIAL DEMANDED** |

## STIPULATION FOR DISCONTINUANCE

AND NOW, come the Plaintiffs, LINDA JACKSON, Individually and on behalf of her Minor Son, QUINN JACKSON and Defendants, CITY OF MCKEESPORT, JOSEPH PERO, CANDACE TYLER, GLENN LYNN and DANIEL RICH, by and through their attorneys, Patricia A. Monahan, Esquire, Danielle M. Vugrinovich, Esquire and Marshall, Dennehey, Warner, Coleman & Goggin, and hereby enter into a stipulation to discontinue the above-captioned matter, with prejudice.

Respectfully submitted,

| **MARCUS & SHAPIRA LLP** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
|---|---|
| By: s/Dana L. Munhall<br>Dana L. Munhall<br>PA I.D. #82583<br>301 Grant Street<br>One Oxford Centre, 35th Floor<br>Pittsburgh, PA 15219<br>(412) 471-3490<br>munhall@marcus-shapira.com<br>**Attorneys for Plaintiffs, Linda Jackson and Quinn Jackson** | By: s/Danielle M. Vugrinovich<br>Patricia A. Monahan, Esquire<br>PA I.D. #58784<br>Danielle M. Vugrinovich, Esquire<br>PA I.D. #88326<br>US Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1151<br>pamonahan@mdwcg.com<br>**Attorneys for Defendants, City of McKeesport, Joseph Pero, Candace Tyler, Glenn Lynn and Daniel Rich** |